### GRAY *v.* CITY OF ATLANTA.

RUSSELL, Chief Justice. This case relates to sections of the ordinance of the Borough of Atlanta which were held to be unconstitutional in *Southeastern Electric Co.* v. *Atlanta,* 179 *Ga.* 514 (176 S. E. 400), and *Gray* v. *Atlanta,* ante, 409. These decisions are controlling on the questions of law involved in this case. The judge erred in overruling the certiorari brought by the plaintiff in error. after conviction in the recorder's court for a violation of the ordinance in question.

*Judgment reversed. All the Justices concur, except Gilbert, J., who dissents.*

No. 10408. MARCH 12, 1935.

*H. A. Allen* and *James R. Venable,* for plaintiff in error.